UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:16-cv-24242-JEM

JUAN CARLOS GIL,

    Plaintiff,
vs.

WHITE HOUSE BLACK MARKET, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Juan Carlos Gil, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a confidential settlement agreement within the next forty-five (45) days, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 28th day of October, 2016.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this this 28th day of October, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, and an electronic copy sent to:

Matthew S. Kenefick
Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
E-mail: MKenefick@JMBM.com

*s/ Scott R. Dinin*