UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:  16-24242-CIV-MARTINEZ-GOODMAN**

JUAN CARLOS GIL,

      Plaintiff,

vs.

WHITE HOUSE BLACK MARKET, INC.,

      Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT AND
## DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement [ECF No. 7], indicating that the parties have reached a settlement in this matter.  It is hereby:

**ORDERED AND ADJUDGED** as follows:

1.     The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action **on or before December 15, 2016**.

2.     If the parties fail to comply with this order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3.     The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.     The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this **31** day of October, 2016.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record